**Signed: April 20, 2010**

_____

**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          Case No. 09-48880 EDJ
                                               Chapter 7
RONALD A. GRANT,

                    Debtor./
_____

MEMORANDUM AND ORDER DENYING REQUEST FOR DISMISSAL

    The above captioned case was filed under chapter 11 of the
bankruptcy code on September 23, 2009.  At a February 11, 2010
status conference, at which debtor failed to appear, the court
converted the case to one under chapter 7 on its own motion.  Ronald
Grant, the above-named debtor (the "debtor") subsequently filed a
"Request for Dismissal of Chapter 13 Case."  Good cause appearing,
it is

    ORDERED as follows:

    1.  The request for dismissal is DENIED because the debtor's
case is not one under chapter 13 of the bankruptcy code.[1]

_____

    [1] The court notes that, pursuant to 11 U.S.C. § 1307(b),
                                                (continued...)

Order Denying Request for Dismissal

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

1    2.   Even if debtor's request were to be construed as a request

2 for dismissal of the chapter 7 case, denial would nonetheless be

3 appropriate because the court may dismiss a case under chapter 7

4 only after notice and a hearing, and only for cause.  *See* 11 U.S.C.

5 § 707(a).

6      IT IS SO ORDERED

7                         **END OF ORDER**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
_____

25    [1](...continued)
   even if this case were in chapter 13, prior conversion of the
26   case from chapter 11 would preclude voluntary dismissal.

Order Denying Request for Dismissal     2

2

3  All Recipients

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Order Denying Request for Dismissal        3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612